RECEIVED

FEB 0 9 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY:_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

GLENN METZ                                DOCKET NO. 14-CV-3081, SEC. P
FED. REG. #28118048

VERSUS                                    JUDGE STAGG

USA                                       MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus be **DISMISSED FOR LACK OF JURISDICTION.**

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, on this 9th day of February, 2014.

TOM STAGG
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA